OPINION — AG — ** COUNTY TREASURERS — INTEREST — SECURITIES ** (1) COUNTY TREASURERS ARE EXPRESSLY AUTHORIZED BY 62 O.S. 384.1 [62-384.1], TO PURCHASE INTEREST BEARING SECURITIES OF THE UNITED STATES GOVERNMENT. (2) COUNTY TREASURERS ARE NOT AUTHORIZED BY LAW TO INVEST MONIES IN REPURCHASE AGREEMENTS. (RE PURCHASE AGREEMENTS, BONDS, INVEST, INTEREST BEARING, ACCOUNTS, DEPOSITORY BANK TO POOL MONEY BELONGING TO THE COUNTY, PUBLIC FINANCE) CITE: 62 O.S. 348.1 [62-348.1], OPINION NO. 81-189 (CHARLES S. ROGERS) ** SEE: OPINION NO. 90-034 (1990) AG